IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ELIZABETH DREW, individually      )
and on behalf of all others       )
similarly situated,               )
                                  )
            Plaintiff,            )
                                  )
     v.                           )     1:17CV547
                                  )
REYNOLDS AMERICAN INC.,           )
SUSAN M. CAMERON, DEBRA A.        )
CREW, JEROME ABELMAN, JOHN        )
BOEHNER, MARTIN D. FEINSTEIN,     )
LUC JOBIN, MURRAY S. KESSLER,     )
HOLLY K. KOEPPEL, JEAN-MARC       )
LEVY, NANA MENSAH, LIONEL L.      )
NOWELL, III, RICARDO              )
OBERLANDER, RONALD S. ROLFE,      )
and JOHN J. ZILLMER,              )
                                  )
            Defendants.           )

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on January 16, 2017, Reynolds American Inc. ("RAI") and British American Tobacco p.l.c. ("BAT") announced that they had entered into an Agreement and Plan of Merger, dated as of January 16, 2017, among RAI, BAT, and BAT's indirect, wholly-owned subsidiaries BATUS Holdings Inc. and Flight Acquisition Corporation, pursuant to which BAT would acquire all of the outstanding shares of RAI common stock it

does not already own in a stock-and-cash transaction valued at $59.64 per share (the "Proposed Transaction");

WHEREAS, on June 14, 2017, RAI filed a definitive proxy statement on Schedule 14A (the "Proxy") with the Securities and Exchange Commission ("SEC"), which provided certain information about the Proposed Transaction to stockholders and set the stockholder vote date on the Proposed Transaction for July 19, 2017;

WHEREAS, on June 16, 2017, Plaintiff Elizabeth Drew ("Plaintiff") filed the above-captioned action (the "Action") asserting claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), SEC Rule 14a-9, 17 C.F.R. 240.14a-9, and Regulation G, 17 C.F.R. § 244.100 in connection with the Proxy;

WHEREAS, on July 11, 2017, RAI filed a Form 8-K with the SEC, supplementing the disclosures in the Proxy with certain additional information relating to the Proposed Transaction which Plaintiff acknowledges had the effect of mooting Plaintiff's claims in this Action (the "Supplemental Disclosures");

WHEREAS, Plaintiff's counsel intends to assert a claim for mootness fees and expenses in connection with the mooted claims

(the "Fee Application"), and to seek court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose, in whole or in part, any claim by Plaintiff or her counsel for attorneys' fees and expenses related to this Action;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or her attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to this Action:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. The court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's Fee Application, if filed.

3. This Stipulation is entered into without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes Defendants' right to oppose the Fee Application.

4. To the extent that the parties are unable to reach an agreement concerning the Fee Application, Plaintiff may file a motion with the court to request a schedule and hearing to present such application to the court.

5. If the parties reach an agreement concerning the Fee Application, they will notify the court. Upon such Notification, the court will close the Action.

6. This Stipulation is not intended to, and shall not, waive or prejudice any argument or agreement that may be asserted by Plaintiff or Defendants in support of or in opposition to any claim by Plaintiff or her counsel for attorneys' fees and expenses in connection with this Action.

| | |
|---|---|
| DATED: July 20, 2017 | Respectfully submitted, |
| **WARD BLACK LAW** | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| By: /s/ Janet Ward Black | By: /s/ Ronald R. Davis |
| Janet Ward Black<br>N.C. State No. Bar 12869<br>Nancy Meyers<br>N.C. State Bar No. 23339<br>208 West Wendover Avenue<br>Greensboro, North Carolina 27401-1307<br>Tel: (336) 333-2244<br>Fax: (336) 379-9415<br>Email: jwblack@wardblacklaw.com<br><br>nmeyers@wardblacklaw.com | Ronald R. Davis<br>N.C. State Bar No. 20408<br>Brent F. Powell<br>N.C. State Bar No. 41938<br>James A. Dean<br>N.C. State Bar No. 39623<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Tel: (336) 721-3600<br>Fax: (336) 721-3660<br>Email:  rdavis@wcsr.com<br>         brpowell@wcsr.com<br>         jdean@wcsr.com |
| **FARUQI & FARUQI, LLP** | **JONES DAY** |
| James M. Wilson, Jr.<br>Nadeem Faruqi<br>685 Third Avenue, 26th Fl.<br>New York, NY 10017<br>Tel: (212) 983-9330<br>Fax: (212) 983-9331<br>Email: jwilson@faruqilaw.com<br>     nfaruqi@faruqilaw.com<br><br>*Attorneys for Plaintiff* | Robert C. Micheletto<br>Thomas E. Lynch<br>Andrew S. Kleinfeld<br>250 Vesey Street<br>New York, NY 10281<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>Email:   rmicheletto@jonesday.com<br>        telynch@jonesday.com<br>        askleinfeld@jonesday.com<br><br>*Attorneys for Defendants Reynolds American Inc., Susan M. Cameron, Debra A. Crew, Jerome Abelman, Martin D. Feinstein, Murray S. Kessler, Jean-Marc Levy, Ricardo Oberlander and Ronald S. Rolfe* |

**MOORE & VAN ALLEN PLLC**

By: /s/ James P. McLoughlin, Jr.

James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Jonathan Watkins
N.C. State Bar No. 42417
Nader S. Raja
N.C. State Bar No. 41540
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Tel: (704) 331-1000
Fax: (704) 331-1159
Email: jimmcloughlin@mvalaw.com
       watkinsj@mvalaw.com
       naderraja@mvalaw.com

**WEIL, GOTSHAL & MANGES LLP**

John A. Neuwirth
Evert J. Christensen, Jr.
767 5th Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Email:   john.neuwirth@weil.com
       evert.christensen@weil.com

*Attorneys for Defendants John Boehner, Luc Jobin, Holly K. Koeppel, Nana Mensah, Lionel L. Nowell, III, and John J. Zillmer*

**IT IS SO ORDERED.**

This the 1st day of August, 2017.

_____
                United States District Judge